UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER GLOSTER,

               Petitioner,

vs.                               Case No.  2:12-cv-38-FtM-29DNF

SECRETARY, DEPARTMENT OF CORRECTIONS
and FLORIDA ATTORNEY GENERAL,

               Respondents.
_____

**OPINION AND ORDER**

This matter comes before the Court upon review of Respondent's Motion to Dismiss Petition as Successive and Time-Barred (Doc. #12, Response), filed March 6, 2012. Because the Court finds the instant Petition is successive, the Court will not await Petitioner's Reply.

Petitioner Christopher Gloster, proceeding pro se, initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #1, Petition) on January 4, 2012 in the Jacksonville Division of this Court. See docket. On January 24, 2012, the Jacksonville Division transferred the case to this Court. Id. The Petition challenges Petitioner's 1990 judgment of conviction for one count of grand theft, two counts of armed robbery, and seven counts of false imprisonment, entered in the Twentieth Judicial Circuit Court, in Lee County, Florida. Petition at 1.

On January 26, 2012, the Court issued its Order to Show Cause (Doc. #7) to Respondents, directing Respondents to file a limited response, noting that Petitioner had previously filed a § 2254 Petition in case number 2:93-cv-196-FtM-SDM, which had been dismissed without prejudice. See Order at 1, fn. 1.  Due to the age of the case, the Court was unable to access the file relating to Petitioner's earlier case to independently determine if the instant Petition was successive.

In Response to the Petition, Respondent advises the Court that in addition to case number 2:93-cv-196-FTM-SDM, Petitioner also filed another § 2254 Petition in case number 2:94-cv-139-FtM-99GTS, which the Court dismissed with prejudice.[1]  In case number 2:94-cv-139-FtM-99GTS, Petitioner challenged the same judgment of conviction in Lee County, Florida.  Consequently, the instant Petition is successive.

Before a second or successive habeas corpus application is filed in this Court, Petitioner is required to move in the United States Court of Appeals for the Eleventh Circuit for an order authorizing the district court to consider the application. See 28 U.S.C. § 2244(b)(3)(A).  For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.  The

---

[1]On July 15, 1997, the Court denied the Petition with prejudice.  See Case Number 2:94-cv-139-FtM-99GTS at Doc. #14.

Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one year period of limitation for raising a habeas corpus petition in the federal courts. See 28 U.S.C. § 2244(d).

ACCORDINGLY, it is hereby

**ORDERED**:

1. This case is **DISMISSED** without prejudice.

2. The Clerk of the Court shall terminate any pending, enter judgment accordingly, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida, on this __14th__ day of March, 2012.

JOHN E. STEELE
United States District Judge

SA: alj

Copies: All Parties of Record